Louis J. TRUESDALE, Jr., Petitioner v. James AIKEN,
Warden, et al., Respondents.

(347 S. E. (2d) 101)

Supreme Court

July 9, 1986.

### ORDER

NESS, Chief Judge:

This case is before the Court on a petition for rehearing. Petitioner asserts he is entitled to have his death sentence vacated on the basis of *Skipper v. South Carolina,* _____ U. S. _____ , 106 S. Ct. 1669, 90 L.Ed.2d 1 (1986), which was decided while this postconviction relief matter was pending.

The retroactive effect of *Skipper v. South Carolina* is limited to cases pending on direct appeal and shall not apply on collateral attack. *See Shea v. Louisiana* 470 U. S. 51, 105 S. Ct. 1065, 84 L.Ed.2d 38 (1985); *Solem v. Stumes,* 465 U. S. 638, 104 S. Ct. 1338, 79 L.Ed.2d 579 (1984); *McClary v. State,* 287 S. C. 160, 337 S. E. (2d) 218 (1985). The petition for rehearing is therefore denied.

It is so ordered.